**2002–1095. Cleveland Mun. School Dist. Bd. of Edn. v. Cuyahoga Cty. Aud.**
Board of Tax Appeals, Nos. 99–J–1763, 99–J–1764, 99–J–1773 and 99–J–1774. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's

motion to remand to the Board of Tax Appeals with instructions,

IT IS ORDERED by the court that the motion to remand be, and hereby is, granted.